UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-22375-COOKE/GOODMAN

VOIT TECHNOLOGIES, LLC,

   *Plaintiff*,

vs.

JC BATH CORPORATION,

   *Defendant*.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE that,** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), VOIT Technologies, LLC ("VOIT") and JC Bath Corp. ("JC Bath") (VOIT and JC Bath together, the "Parties" and each a "Party") agree and stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice. Each Party shall bear its own costs and attorneys' fees. Consistent herewith, the Parties consent to the Court having this case closed for administrative purposes.

Dated: January 12, 2018.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ David Tamaroff* | */s/ Joel Rothman* |
| **David F. Tamaroff, Esq.** | **Joel B. Rothman, Esq.** |
| Florida Bar No. 92084 | Florida Bar No. 98220 |
| Email: dt@lipscombpartners.com | Email: joel.rothman@sriplaw.com |
| **LIPSCOMB & PARTNERS, PLLC** | **Jerold I. Schneider, Esq.** |
| 25 S.E. 2nd Avenue, 8th Floor | Florida Bar No. 26975 |
| Miami, Florida 33131 | Email: jerold.schneider@sriplaw.com |
| Telephone: (786) 431-2228 | **Alexander C. Cohen, Esq.** |
| Facsimile: (786) 431-2229 | Florida Bar No. 1002715 |
| *Counsel for VOIT Technologies, LLC* | Email: alex.cohen@sriplaw.com |
| | **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC** |
| | 4651 North Federal Highway |
| | Boca Raton, FL 33431 |
| | Telephone: (561) 404-4350 |
| | Facsimile: (561) 404-4353 |
| | *Counsel for JC Bath Corp.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and via email.

By:   */s/ David Tamaroff*
       David F. Tamaroff, Esq.