# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-22375-Civ-COOKE/GOODMAN

VOIT TECHNOLOGIES, LLC,

    Plaintiff,

vs.

JC BATH CORPORATION,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Joint Stipulation of Dismissal with Prejudice, ECF No. 35.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31ST day of January 2018.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*